## GRIFFIN v. THE STATE.

(Decided June 15, 1916.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.

---

## GLENN v. THE STATE.

(Two Cases)

. (Decided May 13, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal withdrawn.

---

## GLOVER v. THE STATE.

(Decided July 19, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

JOHN W. ALTMAN, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed on motion of appellant.

---

## AMERICAN HEALTH & ACCIDENT INS. CO. v. McMATTHEWS.

(Decided December 14, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

No counsel marked for appellant. ALLEN, BELL & SADLER, for appellee.

PELHAM, P. J.—Affirmed for want of assignment of error.